964

No. 616. LEITER MINERALS, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Vance Plauche* and *Samuel W. Plauche, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for the United States.

No. 622. LA BUY *v.* HOWES LEATHER CO., INC. ET AL. C. A. 7th Cir. Certiorari granted. *Edward R. Johnston* and *James A. Sprowl* for petitioner. *Jack I. Levy* for the Howes Leather Co., Inc., and *David L. Dickson* for Montgomery Ward & Co., Inc., respondents.

No. 625. ROGERS *v.* THOMPSON, TRUSTEE. Supreme Court of Missouri. Certiorari granted. *Mark D. Eagleton* for petitioner. *Thomas T. Railey* for respondent.

No. 601. BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* CHASE NATIONAL BANK OF NEW YORK, TRUSTEE, ET AL. Appellate Division of the Supreme Court of New York, First Department. Certiorari granted. MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Solicitor General Sobeloff, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for petitioner. *Thomas A. Ryan* for the Chase National Bank of New York, *Samuel Anatole Lourie* for Schaefer et al., and *Arthur J. O'Leary* and *Kenneth J. Mullane* for Schwarzburger et al., respondents.

No. 610. PUTNAM ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari granted. *A. Lyman Beardsley* for petitioners. *Solicitor General Sobeloff* for respondent.